MORGAN, LEWIS & BOCKIUS LLP
Anne M. Brafford, Bar No. 237574
abrafford@morganlewis.com
Michelle Stocker, Bar No. 259914
mstocker@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendants
CBS BROADCASTING INC., CBS CORPORATION, and ROBERT NIÑO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LONDON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CBS; CBS BROADCASTING INC.; CBS TELEVISION; KCAL LLC; KCBS TV; ROBERT NINO; and DOES 1-100,<br><br>　　　　Defendants. | Case No. CV 12 - 06605 GAF (FMOx)<br><br>DEFENDANT CBS CORPORATION'S CERTIFICATION AS TO INTERESTED PARTIES<br><br>[L.R. 7.1-1] |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23367731.1

DEFENDANT CBS CORPORATION'S
CERTIFICATION AS TO INTERESTED PARTIES

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for CBS Corporation certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Defendant CBS Corporation
2. Westinghouse CBS Holding Company, Inc.
3. Defendant CBS Broadcasting Inc.
4. Defendant Robert Niño
5. Plaintiff Nancy London

Dated: July 31, 2012

MORGAN, LEWIS & BOCKIUS LLP
ANNE M. BRAFFORD
MICHELLE STOCKER

By *(signature)*
Michelle Stocker
Attorneys for Defendants
CBS BROADCASTING INC., CBS CORPORATION, and ROBERT NIÑO

# PROOF OF SERVICE

<u>London v. CBS, et al.</u>
<u>USDC Central District Case No.</u> _____

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On July 31, 2012, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT CBS CORPORATION'S CERTIFICATION AS TO INTERESTED PARTIES**

[ X ]   **BY OVERNIGHT MAIL (C.C.P. § 1013(c)) - By FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

| | |
|---|---|
| ROSS & MORRISON<br>Gary B. Ross, Esq.<br>315 S. Beverly Drive, Suite 410<br>Beverly Hills, CA 90212<br>Phone: 310.285.0391<br>Fax: 310.285.6083<br>ross@rossandmorrison.com | *Attorneys for NANCY LONDON* |

[ ]   **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[ X ]   **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on July 31, 2012, at Irvine, California.

_____
Diane Ghani