1  MORGAN, LEWIS & BOCKIUS LLP
   Anne M. Brafford, Bar No. 237574
2  abrafford@morganlewis.com
   Michelle Stocker, Bar No. 259914
3  mstocker@morganlewis.com
   5 Park Plaza, Suite 1750
4  Irvine, CA 92614
   Tel: 949.399.7000
5  Fax: 949.399.7001

6  Attorneys for Defendants
   CBS BROADCASTING INC., CBS
7  CORPORATION, and ROBERT NIÑO

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

11 NANCY LONDON,                    Case No.  CV 12 - 06605 GAF (FMOx)

12                Plaintiff,
          vs.
13                                  **DEFENDANT CBS CORPORATION'S**
   CBS; CBS BROADCASTING INC.;      **DISCLOSURE STATEMENT**
14 CBS TELEVISION; KCAL LLC;
   KCBS TV; ROBERT NINO; and        [Fed. R. Civ. P. 7.1]
15 DOES 1-100,

16                Defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23367701.1

DEFENDANT CBS CORPORATION'S
DISCLOSURE STATEMENT

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for CBS Corporation hereby represents, to the best of its knowledge, the following:

1. Westinghouse CBS Holding Company, Inc. owns 10% or more of CBS Broadcasting Inc.

2. CBS Corporation is a publicly held corporation which owns 10% or more of Westinghouse CBS Holding Company, Inc.

Dated: July 31, 2012

MORGAN, LEWIS & BOCKIUS LLP
ANNE M. BRAFFORD
MICHELLE STOCKER

By /s/ M. S.
Michelle Stocker
Attorneys for Defendants
CBS BROADCASTING INC., CBS CORPORATION, and ROBERT NIÑO

# PROOF OF SERVICE

*London v. CBS, et al.*
*USDC Central District Case No.* _____

I am a resident of the State of California, County of Orange; I am over the age of eighteen years and not a party to the within action; my business address is 5 Park Plaza, Suite 1750, Irvine, California 92614.

On July 31, 2012, I served on the interested parties in this action the within document(s) entitled:

**DEFENDANT CBS CORPORATION'S DISCLOSURE STATEMENT**

[ X ]   **BY OVERNIGHT MAIL (C.C.P. § 1013(c)) - By FEDERAL EXPRESS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

| | |
|---|---|
| ROSS & MORRISON<br>Gary B. Ross, Esq.<br>315 S. Beverly Drive, Suite 410<br>Beverly Hills, CA  90212<br>Phone:  310.285.0391<br>Fax:  310.285.6083<br>ross@rossandmorrison.com | *Attorneys for NANCY LONDON* |

[ ]   **STATE:**  I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[ X ]   **FEDERAL:**  I declare that I am employed in the office of a member of the Bar of this Court at whose direction this service was made.

Executed on July 31, 2012, at Irvine, California.

_____
Diane Ghani

PROOF OF SERVICE

DB2/ 23109911.1