MORGAN, LEWIS & BOCKIUS LLP
Anne M. Brafford, Bar No. 237574
abrafford@morganlewis.com
Michelle Stocker, Bar No. 259914
mstocker@morganlewis.com
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001

Attorneys for Defendants
CBS BROADCASTING INC., CBS CORPORATION, and ROBERT NIÑO

FILED 2012 JUL 31 PM 2:50 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LONDON, <br><br> Plaintiff, <br><br> vs. <br><br> CBS; CBS BROADCASTING INC.; CBS TELEVISION; KCAL LLC; KCBS TV; ROBERT NINO; and DOES 1-100, <br><br> Defendants. | CV 12 - 06605 GAF (FMOx) <br><br> **DECLARATION OF MARTIN P. MESSINGER IN SUPPORT OF DEFENDANT CBS CORPORATION'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

## DECLARATION OF MARTIN P. MESSINGER

I, Martin P. Messinger, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath. I submit this Declaration in support of Defendant CBS Corporation's Notice of Removal.

2. I am an Assistant Secretary of Defendant CBS Corporation and a Vice President and Assistant Secretary of CBS Broadcasting Inc. I am also a Senior Vice President and Deputy General Counsel of CBS Broadcasting Inc. My office address is 51 West 52nd Street, New York, New York, 10019. I have been employed by CBS Corporation since 1978 and have held my current position since 1998. My responsibilities include acting as the chief legal officer for the CBS Television Stations group and in the past as the Chief Compliance Officer for CBS Corporation. In these roles, I have personal knowledge regarding the corporate structure of CBS Corporation and CBS Broadcasting Inc. and the location of the various headquarters and senior executives who work for CBS Corporation and CBS Broadcasting Inc. I also have access to information and documents related to the corporate structure (including subsidiaries) of CBS Corporation and CBS Broadcasting Inc. that are maintained in the regular course of business. In addition, I am familiar with the location of the administrative functions that are performed for CBS Corporation and CBS Broadcasting Inc.

3. The name "CBS" on its own is not the proper name of any CBS legal business entity. It does not exist.

4. "CBS Television" on its own is not the proper name of any CBS legal business entity. It does not exist.

5. "KCAL LLC" on its own is not the proper name of any CBS legal business entity. It does not exist.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23354984.6

DECLARATION OF MARTIN P. MESSINGER IN
SUPPORT OF REMOVAL

6. "CBS Television Service Inc." – a named defendant in this lawsuit – is the name of a CBS entity, but based on my knowledge of CBS Corporation's corporate structure and my review of CBS Corporation's business records (including records relating to its subsidiaries) that are maintained in the regular course of business, it was not Plaintiff's employer and has no connection to any of her claims.

7. CBS Corporation is the indirect parent company of CBS Broadcasting Inc. CBS Corporation was incorporated in Delaware in 1986. Its corporate headquarters and principal place of business are located at 51 West 52nd Street, New York, New York. In addition, the vast majority of the senior executives of CBS Corporation have their primary offices in New York, including President and Chief Executive Officer Leslie Moonves, Executive Vice President, Human Resources and Administration Anthony Ambrosio, Executive Vice President, General Counsel, and Assistant Secretary Louis Briskman, and Executive Vice President and Chief Financial Officer Joseph Ianniello.

8. The books and records of CBS Corporation, including the resolutions reflected in the unanimous written consents of the board of directors, are maintained in New York.

9. CBS Broadcasting Inc., in turn, was incorporated in New York in 1927, and its officers direct, control, and coordinate the corporation's activities primarily from New York. Its corporate headquarters and principal place of business are located at 51 West 52nd Street, New York, New York.

10. The books and records of CBS Broadcasting Inc., including the resolutions reflected in the unanimous written consents of the board of directors, are maintained in New York.

11. CBS Broadcasting Inc. is a second-tier wholly-owned subsidiary of CBS Corporation. As such, CBS Broadcasting Inc. is a member of the consolidated group of which CBS Corporation is the common parent (such consolidated group

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23354984.6

2

DECLARATION OF MARTIN P. MESSINGER IN
SUPPORT OF REMOVAL

being the "CBS Consolidated Group"). CBS Corporation files a single federal income tax return for the CBS Consolidated Group. The tax return is prepared in New York and filed electronically from New York.

12. CBS Broadcasting Inc. is comprised of three primary divisions: CBS News, CBS Sports, and CBS Entertainment. All three produce and broadcast programming over the CBS Television Network, also a division of CBS Broadcasting Inc. None of the divisions of CBS Broadcasting Inc. is a separate legal entity.

13. CBS News operates primarily from New York and provides the CBS Television Network and CBS Radio Network with regularly scheduled news and public affairs broadcasts. Most of the production and distribution of these programs and services by CBS News occurs in New York.

14. The corporate offices of CBS News are located at 524 West 57th Street, New York, New York. The senior executives of CBS News, including Chairman Jeffrey Fager, President David Rhodes, and Chief Financial Officer Tom Shilen reside in the New York metropolitan area and have their offices in New York. The administrative functions of finance, accounting, and human resources for CBS News are performed primarily in New York and the records relating to those functions are maintained primarily in New York. The legal department that performs work for CBS News is located primarily in New York.

15. CBS Sports produces and broadcasts a variety of premier sporting events. With one exception discussed herein, the management and distribution of all of these broadcasts occur in New York, as do the vast majority of scheduling, coordination, and negotiations concerning the events listed above. The exception is the NCAA Championships, where these functions related thereto are performed jointly by CBS in New York and Turner Broadcasting in Atlanta, Georgia.[1]

---

[1] Turner Broadcasting is not affiliated with either CBS Broadcasting Inc. or its indirect parent, CBS Corporation.

16. The corporate offices of CBS Sports are located at 555 West 57th Street and 51 West 52nd Street, New York, New York. The senior executives of CBS Sports, including Chairman Sean McManus and Chief Financial Officer Martin Kaye, reside in the New York metropolitan area and have their offices in New York. The administrative functions of finance, accounting, and human resources for CBS Sports are performed primarily in New York and the records relating to those functions are maintained in New York. The legal department that performs work for CBS Sports is located primarily in New York.

17. CBS Entertainment is responsible for acquiring, developing and scheduling the entertainment programming presented on the CBS Television Network. Most of the activities conducted by CBS Entertainment are managed from, and occur in, Los Angeles.

18. The offices of CBS Entertainment are located at 4024 Radford Avenue, Studio City, California. CBS Entertainment's senior executives, including President Nina Tassler and Executive Vice President, Finance, Georgette Morrow, primarily work out of Los Angeles. The administrative functions of finance, accounting, human resources, and legal for CBS Entertainment are performed primarily in Los Angeles, and the records relating to those functions are maintained primarily in Los Angeles.

19. The primary functions of the CBS Television Network, including network sales and marketing, are based in New York. Network Sales President Jo Ann Ross and Marketing Group President George Schweitzer reside in the New York metropolitan area and have their offices in New York.

20. In addition, CBS Broadcasting Inc. owns and operates ten (10) television stations throughout the United States, located in the following six (6) states: New York (1), California (2), Pennsylvania (2), Illinois (1), Michigan (1), and Minnesota (3). Those ten (10) stations are among twenty-nine (29) television

1  stations across the United States managed by the CBS Television Stations group
2  ("CTS"), based in New York.

3      21.    CTS's offices are located at 524 West 57th Street, New York, New
4  York. The senior executives of the CTS, including President Peter Dunn, Chief
5  Operating Officer of CBS Local Media Group Anton Guitano, and Executive Vice
6  President and Chief Financial Officer Michele Scaringella reside in the New York
7  metropolitan area and have their primary offices in New York. The administrative
8  functions of finance, accounting, and human resources for the CTS are performed
9  primarily in New York and the records relating to these functions are maintained
10 primarily in New York. The legal department that performs work for the CTS is
11 located primarily in New York.

12     22.    The overall management of the CTS stations takes place in New York,
13 although day-to-day operations occur in the city in which each station is located.
14 None of the ten (10) television stations owned and operated by CBS Broadcasting
15 Inc. is organized as a separate corporate entity, and none has a corporate existence
16 separate and apart from CBS Broadcasting Inc. Although CBS Broadcasting Inc.
17 owns two television stations in California (KCBS-TV in Los Angeles and KPIX-
18 TV in San Francisco), the New York station (WCBS-TV) is considered the
19 company's flagship station and generates the most revenue and profit.

20     I declare under penalty of perjury under the laws of the State of California
21 and the United States that the foregoing is true and correct.

22     Executed this __27__ day of July, 2012, at New York, New York.

*[signature: M P Messinger]*

Martin P. Messinger