1  MORGAN, LEWIS & BOCKIUS LLP
   Anne M. Brafford, Bar No. 237574
2  abrafford@morganlewis.com
   Michelle Stocker, Bar No. 259914
3  mstocker@morganlewis.com
   5 Park Plaza, Suite 1750
4  Irvine, CA 92614
   Tel:  949.399.7000
5  Fax:  949.399.7001

6  Attorneys for Defendants
   CBS BROADCASTING INC., CBS
7  CORPORATION, and ROBERT NIÑO

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                              CV 12 - 06605 GAF (FMOx)

11  NANCY LONDON,

12              Plaintiff,         DECLARATION OF JUSTIN DRAPER
                                   IN SUPPORT OF DEFENDANT CBS
         vs.                       CORPORATION'S NOTICE OF
13                                 REMOVAL TO THE UNITED STATES
    CBS; CBS BROADCASTING INC.;    DISTRICT COURT FOR THE
14  CBS TELEVISION; KCAL LLC;      CENTRAL DISTRICT OF
    KCBS TV; ROBERT NINO; and      CALIFORNIA
15  DOES 1-100,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23354996.3

                                          DECLARATION OF JUSTIN DRAPER
                                          IN SUPPORT OF REMOVAL

## DECLARATION OF JUSTIN DRAPER

I, Justin Draper, hereby declare as follows:

1.     I am the Controller of KCBS-TV and KCAL-TV and an employee of CBS Broadcasting Inc. ("CBS").  In this role, I have access to personnel and payroll records for current and former employees of CBS that are maintained in the regular course of business.  Based on my review of CBS's business records and my own personal knowledge, I testify to the following:

2.     Plaintiff Nancy London was employed by CBS from August 1977 until her termination on July 29, 2011.

3.     At the time of her termination, Ms. London earned a base salary of approximately $86,503.04 annually.  In addition, in the calendar year 2010, her last full year of employment at CBS, Ms. London earned another $8,943.53 in overtime wages and other premium pay.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 30th day of July, 2012, at Studio City, California.

_____
Justin Draper

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23354996.3

DECLARATION OF JUSTIN DRAPER
IN SUPPORT OF REMOVAL