1  MORGAN, LEWIS & BOCKIUS LLP
   Anne M. Brafford, Bar No. 237574
2  abrafford@morganlewis.com
   Michelle Stocker, Bar No. 259914
3  mstocker@morganlewis.com
   5 Park Plaza, Suite 1750
4  Irvine, CA  92614
   Tel:   949.399.7000
5  Fax:   949.399.7001

6  Attorneys for Defendants
   CBS BROADCASTING INC., CBS
7  CORPORATION, and ROBERT NIÑO

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | NANCY LONDON,                              | Case No. CV 12-06605 GAF (FMOx)
12 |            Plaintiff,                      |
13 |     vs.                                    | **ORDER GRANTING APPLICATION TO SEAL FILED DOCUMENT [DOCKET # 16-2]**
14 | CBS; CBS BROADCASTING INC.;                |
   | CBS TELEVISION; KCAL LLC;                  |
15 | KCBS TV; ROBERT NINO; and                  |
   | DOES 1-100,                                |
16 |                                            |
   |            Defendants.                     |
17

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23486937.1

ORDER GRANTING APPLICATION TO
SEAL FILED DOCUMENT

## **ORDER**

After reviewing Defendants' Application to Seal a Filed Document, and good cause appearing, the Court hereby GRANTS Defendants' request to seal pages 40 and 41 of Docket #16-2 because those pages include Plaintiff's social security number.

**IT IS SO ORDERED.**

September 18, 2012
_____     _____
         Date                             Hon. Gary A. Feess
                                          U.S. District Court Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
IRVINE

DB2/ 23486937.1

ORDER GRANTING APPLICATION TO
SEAL FILED DOCUMENT